AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| LINDA GRANT | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 23cv20928 |
| NCL (BAHAMAS) LTD., NORWEGIAN CRUISE LINE HOLDINGS, LTD. d/b/a NORWEGIAN CRUISE LINE, DOES 1 – 5 | ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*   NCL (BAHAMAS) LTD.
By serving Daniel S. Farkas, Esq.
Registered Agent
7665 Corporate Center Drive
Miami, Florida 33126

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Carlos F. Llinás-Negret
Nelson & Fraenkel, LLP
601 S. Figueroa St. Suite 2050, Los Angeles, CA 9017
cllinas@nflawfirm.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: MAR 09 2023

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida ▼

| | |
|---|---|
| LINDA GRANT )<br>)<br>)<br>)<br>*Plaintiff(s)* )<br>v. )<br>)<br>NCL (BAHAMAS) LTD., NORWEIGIAN CRUISE )<br>LINE HOLDINGS, LTD, d/b/a NORWEGIAN CRUISE )<br>LINE, DOES 1 – 5 )<br>)<br>*Defendant(s)* ) | Civil Action No. 23cv20928 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Norwegian Cruise Line Holdings, Ltd.
By serving Daniel S. Farkas, Esq.
Registered Agent
7665 Corporate Center Drive
Miami, Florida 33126

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Carlos F. Llinás-Negret
Nelson & Fraenkel, LLP
601 S. Figueroa St. Suite 2050, Los Angeles, CA 9017
cllinas@nflawfirm.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: MAR 0 9 2023

_____
Signature of Clerk or Deputy Clerk