UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.:  23-CV-20928-KMM

LINDA GRANT,

    *Plaintiff*,

vs.

NCL (BAHAMAS) LTD,
a Bermuda Company d/b/a
NORWEGIAN CRUISE LINE,

    *Defendant*.
_____/

**DEFENDANT'S NOTICE OF FILING SUPPLEMENTAL
AUTHORITY IN SUPPORT OF ITS MOTION TO DISMISS**

    Defendant, NCL (BAHAMAS) Ltd., ("NCL"), by and through undersigned counsel and pursuant to the applicable Federal Rules of Civil Procedure and Local Rules of the Southern District of Florida hereby submits this Notice of Supplemental Authority in support of its Motion to Dismiss the Plaintiff's Amended Complaint [DE 17]:

    *Turner v. Costa Crociere S.P.A.*, 488 F. Supp. 3d 1240 (S.D. Fla. 2020)[1] (granting a cruise-line's motion to dismiss a maritime negligence complaint on the grounds of *forum non conveniens* due to the forum selection clause in the parties' contract) ("In conclusion, the *forum non conveniens* factors weigh strongly in favor of dismissal. First, Italy is an adequate and available forum such that it would be proper for the Court to dismiss the Complaint based on *forum non conveniens*. Second, because there is a valid and enforceable forum-selection clause, the Court must deem the private interest factors weigh in favor of dismissal. Third, on balance, the public

---

[1]     *Aff'd, Turner v. Costa Crociere S.P.A.*, 9 F.4th 1341 (11th Cir. 2021)

interest factors weigh in favor of dismissal. Fourth, Plaintiff can reinstate his suit in Italy without undue prejudice or inconvenience. Therefore, the balance of the factors strongly weighs in favor of dismissal.")(internal citation omitted).

Respectfully Submitted,

**NORWEGIAN CRUISE LINE**
Attorneys for Defendant
7665 Corporate Center Drive
Miami, Florida 33126
Telephone:   (305) 436-4653
Facsimile:   (305) 468-2132

By:  s/ *Todd L. Sussman*
**Todd L. Sussman, Esq.**
Florida Bar No. 0084729
tsussman@nclcorp.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of July 2023, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to electronically receive Notices of Electronic Filing.

By: */s/ Todd L. Sussman*
**Todd L. Sussman, Esq.**

*CASE NO.: 23-CV-20928-KMM*

## **SERVICE LIST**

*Linda Grant vs. NCL (Bahamas) Ltd.*
Case No.: 23-CV-20928-KMM
United States District Court for the Southern District of Florida

| | |
|---|---|
| Todd L. Sussman, Esq. | Carlos F. Llinas-Negret, Esq. |
| NORWEGIAN CRUISE LINE | NELSON & FRAENKEL, LLP |
| 7665 Corporate Center Drive | 601 S. Figueroa St., Suite 2050 |
| Miami, FL 33126 | Los Angeles, CA 9017 |
| Telephone:    (305) 436-4653 | Tel.: 213-943-6089 |
| Facsimile:    (305) 468-2132 | Fax: 213-622-6019 |
| tsussman@nclcorp.com | cllinas@nflawfirm.com |
| jjara@nclcorp.com | *Attorneys for Plaintiff* |
| *Attorneys for Defendant* | |