IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 1:23-cv-20928-KMM

LINDA GRANT,

      Plaintiff,

v.

NORWEGIAN CRUISE LINES,

      Defendant,

_____/

## AMENDED NOTICE OF MEDIATION
### (Change of Date Only)

YOU ARE HEREBY NOTIFIED that a Mediation Conference shall be held as follows:

DATE:               September 12, 2023

TIME:              10:30 A.M.

HRS. RESERVED:   3 Hours

LOCATION:       **VIRTUAL MEDIATION**
                    **Via Zoom**

MEDIATOR:       **Laura Bonn, Esq.**
                    Certified Circuit Civil Mediator

FEES:               Payment due within ten (10) days after Mediation (See attached)

SUMMARY:       Please send a summary of the case to the Mediator at least five (5)
                    days prior to the scheduled conference to info@agree2disagree.com

*"If you are a person with a disability who needs any accommodations in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance.  Please contact the ADA Coordinator (800) 514-0301 within two (2) working days of the receipt of the Notice of Mediation.*

The client or representative with full authority to settle, other than counsel, should be present at the mediation/arbitration conference.  A representative of the insurance company with full authority to settle the dispute shall be present.

All parties acknowledge the mediation/arbitration conference and all communication between the parties, confidential communications as set forth in Chapter 44, Florida Statutes.  It is further acknowledged that the mediator/arbitrator is neutral and may not provide legal service, representation or legal advice to participants of the mediation/arbitration conference.

For each case scheduled for mediation/arbitration, $75.00 per party shall be added to the mediator/arbitrator's time as an administrative set-up fee. This fee is to defray costs of scheduling, the confirmation process, conference room space where applicable, and the paperwork/court filings undertaken. The minimum charge for a mediation/arbitration conference is two (2) hours or the time reserved by the parties. In the event of cancellation less than three (3) business days before the conference, the minimum will be charged. Mediation/arbitration rates range from $475.00 to $550.00 per hour depending on the complexity of the matter and the number of parties involved.

It is our company policy that with any mediation/arbitration reserved over four consecutive hours, and in all court pre-suit and in-suit disputes, a non-refundable $750.00 deposit is required from each party. This is to guarantee the day and it is to be sent to us within three (3) business days from the date the Mediation/Arbitration Notice is filed with the Court.

In the event a dispute arises between the parties or over the Mediator/Arbitrator's fee, requiring the mediator/arbitrator to file Court papers or attend a Court Proceeding, mediator/arbitrator shall be entitled to recover from the parties, and their counsel and law firm, jointly and severally, his/her fees at the hourly rate of $475.00.

Should the opposing party agree to pay your portion of the mediation fee as part of the settlement, this agreement does not absolve or cancel your responsibility to pay your portion of the mediation fee in the event they fail to do so.

Unless counsel arranges with the undersigned for his/her client to pre-pay their entire portion of the mediation/arbitration fee, counsel and law firm acts as the disclosed principal for purposes of the mediator/arbitrator's fees herein and counsel and law firm and the parties agree that their appearance at the mediation/arbitration conference shall make them jointly and severally responsible for their respective share of the mediator/arbitrator's fee. Interest at the rate of 12% per annum will be charged on this invoice after it is ten (10) days past due and over.

  WE HEREBY CERTIFY that a true and correct copy of the foregoing was delivered by e-mail and/or fax and mailed July 24, 2023, to Counsel of Record listed below.

     ATD Mediation & Arbitration, P.A.
     Whispering Woods Conference Center
     7401 Wiles Road, Ste. 233
     (305) 926-8801 Fax: (954) 693-0673

     By: ___/s/ Cindy Niad Hannah_____
      Cindy Niad Hannah, Esq.
      Florida Bar #: 438545
      MF #: LB-14887

Copies to Counsel of Record:
Carlos Llinas, Esq.
Todd Sussman, Esq.